ANDREW MUDRI, RESPONDENT, v. UNITED ENGINEERS AND CONSTRUCTORS, INCORPORATED, APPELLANT.

Submitted October 13, 1933—Decided December 7, 1933.

For the appellant, *Henry H. Fryling.*

For the respondent, *Joseph F. A. Rubacky.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the *per curiam* opinion filed in the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, TRENCHARD, CASE, BODINE, DONGES, PERSKIE, VAN BUSKIRK, KAYS, HETFIELD, DEAR, WELLS, DILL, JJ. 13.

*For reversal*—None.